# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  DESIGNATION OF CHAIR AND : No. 612
                                                      :
VICE-CHAIR OF THE DOMESTIC : CIVIL PROCEDURAL RULES DOCKET
                                                      :
RELATIONS PROCEDURAL RULES :
                                                      :
COMMITTEE : 

## O R D E R

**PER CURIAM:**

AND NOW, this 30th day of January, 2015, Maria P. Cognetti, Esquire, is hereby designated as Chair and David J. Slesnick, Esquire as Vice-Chair of the Domestic Relations Procedural Rules Committee commencing March 1, 2015.